David LEWIS, Respondent,

v.

Holly F. LEWIS, Appellant.

No. WD 51595.

Missouri Court of Appeals,
Western District.

Oct. 8, 1996.

Mitchell J. Moore, Columbia, for appellant.

Douglas F. Pugh, Columbia, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM:

Mother appeals from the circuit court's order dissolving her marriage with Father and placing primary custody of their children with Father. Mother claims that the trial court erred in its award of custody because there was not sufficient evidence to support the custody decision and the trial court erroneously applied the law.

The judgment is affirmed. Rule 84.16(b).

BI–STATE DEVELOPMENT
AGENCY, Appellant,

v.

DIVISION OF EMPLOYMENT
SECURITY, Respondent.

Fred Moore, Defendant.

No. WD 52241.

Missouri Court of Appeals,
Western District.

Oct. 8, 1996.

Teresa Dale Pupillo, St. Louis, for appellant.

Ninion S. Riley, Div. of Employment Security, Jefferson City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Employer appeals reinstatement of unemployment benefits to claimant whose benefits were terminated for misconduct connected with work, § 288.050.2, RSMo 1994. Affirmed. Rule 84.16.